IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01016-EWN-CBS

ARTHUR JAMES LOMAX,
    Plaintiff,
v.

SGT. PENSON, and THREE (3)
UNKNOWN NAME,
UNKNOWN NAME,
UNKNOWN NAME,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) Lomax' Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (filed August 10, 2006) (doc. # 22); and (2) Lomax' letter correcting the Defendant's name and address (filed August 10, 2006) (doc. # 23) (docketed by the Clerk of the Court as a motion to amend the Complaint). Pursuant to the Order of Reference dated June 22, 2006 (doc. # 6) and the memorandum dated August 11, 2006 (doc. # 25), these matters were referred to the Magistrate Judge. The court has reviewed the matters, the entire case file, and the applicable law and is sufficiently advised in the premises.

    1.    On May 26, 2006, the court permitted Lomax to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* "Order Directing Clerk to Commence Civil Action and Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915" (doc. # 2)). Lomax' Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (filed August 10, 2006) (doc. # 22) is duplicative and unnecessary.

    2.    On June 28, 2006, the court received a return of service (doc. # 9) directed to "Sgt. Renson" and completed by a representative of the U. S. Marshal. The return of service indicated that "no Sgt. Renson works w/in the D.C.J." On July 31, 2006, the court

issued an Order to Show Cause, directing Lomax to show cause why this civil action should not be dismissed as against Defendant "Sgt. Renson." On August 10, 2006, Lomax responded that the Defendant's correct name and address is Sgt. Penson at 1437 Bannock St. Denver Co. 80202. The court will issue a separate order directing service on Sgt. Penson by the United States Marshal.

Accordingly, IT IS ORDERED that:

1. Lomax' Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (filed August 10, 2006) (doc. # 22) is DENIED as moot.

2. Lomax' letter correcting the Defendant's name and address (filed August 10, 2006) (doc. # 23) (docketed by the Clerk of the Court as a motion to amend the Complaint) is GRANTED. The Complaint filed May 26, 2006 (doc. # 3) is hereby corrected as to Defendant Penson at 1437 Bannock St. Denver Co. 80202. The tendered amended complaints (docs. # 21-2 and # 23-2) are rejected as unnecessary.

3. The court will issue a separate order directing service on Sgt. Penson by the United States Marshal.

DATED at Denver, Colorado, this 14th day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge