IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01016-EWN-CBS

ARTHUR JAMES LOMAX,
    Plaintiff,
v.

SGT. PENSON, and THREE (3)
UNKNOWN NAME,
UNKNOWN NAME,
UNKNOWN NAME,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 4 2006

GREGORY C. LANGHAM
CLERK

## SECOND ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

    Pursuant to the Order of Reference dated June 22, 2006 (doc. # 6) this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions."

    On May 26, 2006, the court permitted Lomax to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* "Order Directing Clerk to Commence Civil Action and Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915" (doc. # 2)). Since that date Lomax has paid his $62.00 of the $350.00 filing fee.

    On June 23, 2006, the court granted service by the United States Marshal. (*See* doc. # 8). On June 28, 2006, the court received a return of service (doc. # 9) directed to "Sgt. Renson" and completed by a representative of the U. S. Marshal. The return of service indicated that "no Sgt. Renson works w/in the D.C.J."

    On July 31, 2006, the court issued an Order to Show Cause, directing Lomax to show cause why this civil action should not be dismissed as against Defendant "Sgt. Renson." On August 10, 2006, Lomax responded that the Defendant's correct name and address is **Sgt. Penson** at 1437 Bannock St. Denver Co. 80202. Accordingly,

1

**IT IS ORDERED** that the Clerk of the Court, where appropriate, shall attempt to obtain a waiver of service from **Defendant Sgt. Penson**, whom Lomax represents is employed as a Deputy Sheriff at 1437 Bannock St. Denver CO. 80202. (*See* docs. # 21 and # 23). If a waiver of service cannot be obtained by the Clerk, the United States Marshal shall serve a copy of the complaint, summons, and all other orders upon Defendant Penson. Where appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED at Denver, Colorado, this 14th day of August, 2006.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-01016-EWN-CBS

Arthur James Lomax
Prisoner No. 1452082
Denver County Jail
PO Box 1108
Denver, CO 80201

US Marshal Service
Service Clerk
Service forms for: Sgt. Penson

 I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to United States Marshal for service of process on Sgt. Penson: COMPLAINT FILED 5/26/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/14/07____.

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk