IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01016-EWN-CBS

ARTHUR JAMES LOMAX,
    Plaintiff,
v.

SGT. PENSON, and THREE (3)
UNKNOWN NAME,
UNKNOWN NAME,
UNKNOWN NAME,
    Defendants.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the Order to Show Cause dated July 31, 2006.  In light of the Process Receipt and Return filed on August 30, 2006 (doc. # 28), the Order to Show Cause (doc. # 17) is hereby DISCHARGED.

    DATED at Denver, Colorado, this 31st day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge

1