IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–01016–EWN–CBS

ARTHUR JAMES LOMAX,

    Plaintiff,

v.

SGT. RENSON AND THREE (3),
UNKNOWN NAME,
UNKNOWN NAME, and
UNKNOWN NAME,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Sergeant Penson's Motion to Amend Answer to Prisoner Complaint (*doc. no. 32)* is **GRANTED**. As of the date of this order, the clerk's office is instructed to accept for filing, the amended answer (*doc no. 33*) tendered to the court on November 14, 2006.

**DATED:**     November 14, 2006