IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01016-EWN-CBS

ARTHUR JAMES LOMAX,
    Plaintiff,
v.

SERGEANT PENSON, and
THREE UNKNOWN NAME,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Lomax' Notice of Change of Address (filed December 28, 2006) (doc. # 38), wherein he indicated that his address is now D.O.C. #134416, Denver Reception & Diagnostic Center (DRDC), P.O. Box 392004, Denver, CO 80239-8004.  One mailing sent to Lomax' former address has been returned to the court in the mail as undeliverable.  (*See* doc. # 40).  The court having reviewed the case file and being sufficiently advised in the premises,

    IT IS ORDERED that the Clerk of the Court is directed to re-mail a copy of doc. # 37 ("Order Directing Plaintiff to Make Monthly Filing Fee Payment of to Show Cause") to Lomax at his current address.

    DATED at Denver, Colorado, this 10th day of January, 2007.

                                                  BY THE COURT:

                                                   s/Craig B. Shaffer
                                               United States Magistrate Judge