IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01016-EWN-CBS

ARTHUR JAMES LOMAX,
    Plaintiff,
v.

SGT. PENSON, and
THREE (3) UNKNOWN NAME,
    Defendants.
_____

ORDER RESETTING PRELIMINARY SCHEDULING CONFERENCE
AFTER PLAINTIFF'S FAILURE TO APPEAR
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on January 16, 2007 for a preliminary Scheduling Conference. Counsel for Defendant Penson appeared in person. Plaintiff Lomax did not appear. Pursuant to the Order of Reference dated June 22, 2006 (doc. # 6), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions."

    The preliminary Scheduling Conference was set by a Minute Order dated November 16, 2006 (doc. # 36). The court permitted Lomax to appear via telephone. (*See* doc. # 36). The record reflects that Lomax received the Minute Order, as he referred to the date of the preliminary Scheduling Conference in his Notice of Change of Address (filed December 28, 2006) (doc. # 38) ("I am writing to the court to inform them, concerning my transfer from the Denver County Jail to (DRDC) Denver Reception and Diagnostic Center, on 12-22-06. And because of my upcoming preliminary conference which is set for January 16, 2007 at 9:15 a.m. in Courtroom A-402, Fourth Floor."

    Accordingly, IT IS ORDERED that:

    1.    **The preliminary Scheduling Conference is reset to Monday February 5,**

1

**2007 at 9:15 a.m.  Lomax and /or his case manager shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.**

2. At the preliminary Scheduling Conference set February 5, 2007 at 9:15 a.m., the court will address, among other things: (1) the nature and status of the case, filing of any motions, and what discovery if any is needed; (2) Lomax' failure to make the required monthly payments pursuant to 28 U.S.C. § 1915 or to show cause each month why he has no assets and no means by which to make the monthly payment; (3) Lomax' failure to respond to the court's Order dated December 19, 2006 (doc. # 37); and (4) Lomax' failure to identify the "three (3) Unknown name" Defendants.

3. Lomax is warned that failure to appear at the preliminary Scheduling Conference may result in a Recommendation that this civil action be dismissed.

DATED at Denver, Colorado, this 16th day of January, 2007.

BY THE COURT:

　　　s/Craig B. Shaffer　　　
United States Magistrate Judge