IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01016-EWN-CBS

ARTHUR JAMES LOMAX,
    Plaintiff,
v.

SGT. PENSON, and
THREE (3) UNKNOWN NAME,
    Defendants.
_____

SECOND ORDER RESETTING PRELIMINARY SCHEDULING CONFERENCE
AFTER PLAINTIFF'S FAILURE TO APPEAR
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on February 5, 2007 at 9:15 a.m. for a preliminary Scheduling Conference. Counsel for Defendant Penson appeared in person. Plaintiff Lomax did not appear. Pursuant to the Order of Reference dated June 22, 2006 (doc. # 6), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions."

I.    Statement of the Case

    The preliminary Scheduling Conference was set by a written Order dated January 16, 2007 (doc. # 44). The court permitted Mr. Lomax to appear via telephone. (*See* doc. # 44). The court mailed a copy of the Order to Mr. Lomax at the address Mr. Lomax provided to the court. (*See* doc. # 38). Mr. Lomax' copy of the Order was not returned to the court as undeliverable.

    Mr. Lomax has twice failed to appear for hearings set by the court. The court had previously scheduled the preliminary Scheduling Conference on January 16, 2007. Counsel for Defendant Penson appeared in person. Plaintiff Lomax did not appear. The

preliminary Scheduling Conference was set by a Minute Order dated November 16, 2006 (doc. # 36).  The record reflects that Lomax received the Minute Order, as he referred to the date of the preliminary Scheduling Conference in his Notice of Change of Address (filed December 28, 2006) (doc. # 38) ("I am writing to the court to inform them, concerning my transfer from the Denver County Jail to (DRDC) Denver Reception and Diagnostic Center, on 12-22-06.  And because of my upcoming preliminary conference which is set for January 16, 2007 at 9:15 a.m. in Courtroom A-402, Fourth Floor."

At approximately 10:15 a.m., Ms. Rocchio, a case manager at the Fremont Correctional Facility telephoned the court on behalf of Mr. Lomax.  Ms. Rocchio informed the court that Mr. Lomax is now incarcerated at the Fremont Correctional Facility, P.O. Box 999, Canon City, Colorado 81215.  Mr. Lomax has not filed notice with the court pursuant to D.C. COLO. LCivR 10.1 M. within ten days after any change of address.  Based upon the information provided by Ms. Rocchio, the court will reset the preliminary Scheduling Conference.  Accordingly,

IT IS ORDERED that:

1.      The preliminary Scheduling Conference **is reset to Tuesday February 27, 2007 at 8:30 a.m.**  Mr. Lomax and /or his case manager shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

2.      The Clerk of the Court shall enter Mr. Lomax' change of address to:  DOC inmate # 134416, Fremont Correctional Facility, P.O. Box 999, Canon City, Colorado 81215.

3.      The Clerk of the Court shall mail a copy of this Order to Ms. Suzi Rocchio at Fremont Correctional Facility, P.O. Box 999, Canon City, Colorado 81215.  Ms. Rocchio need not be added as an interested party.

4.      At the preliminary Scheduling Conference set February 27, 2007 at 8:30 a.m., the court will address, among other things, the nature and status of the case, filing

of any motions, and what discovery if any is needed; (2) Mr. Lomax' continuing obligation to make the required monthly payments pursuant to 28 U.S.C. § 1915 or to show cause each month why he has no assets and no means by which to make the monthly payment ; and (3) Mr. Lomax' failure to identify the "three (3) Unknown name" Defendants.

     5.     Mr. Lomax is warned that failure to appear at the preliminary Scheduling Conference set on Tuesday February 27, 2007 at 8:30 a.m. may result in a Recommendation that this civil action be dismissed.

DATED at Denver, Colorado, this 5th day of February, 2007.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge