IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01016-EWN-CBS

ARTHUR JAMES LOMAX,
    Plaintiff,
v.

SGT. PENSON, and
THREE (3) UNKNOWN NAME,
    Defendants.
_____

THIRD ORDER RESETTING PRELIMINARY SCHEDULING CONFERENCE
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Defendant's Motion to Vacate and Reset Preliminary Scheduling Conference" (filed February 6, 2007) (doc. # 51). Pursuant to the Order of Reference dated June 22, 2006 (doc. # 6) and the memorandum dated February 6, 2007 (doc. # 52), the Motion was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    "Defendant's Motion to Vacate and Reset Preliminary Scheduling Conference" (filed February 6, 2007) (doc. # 51) is GRANTED. **The preliminary Scheduling Conference is reset to Tuesday March 6, 2007 at 8:30 a.m.** Mr. Lomax and/or his case manager shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

    2.    The Clerk of the Court shall mail a copy of this Order to Ms. Suzi Rocchio at Fremont Correctional Facility, P.O. Box 999, Canon City, Colorado 81215. Ms. Rocchio need not be added as an interested party.

    3.    At the preliminary Scheduling Conference set March 6, 2007 at 8:30 a.m., the court will address, among other things: (1) the nature and status of the case, filing of any motions, and what discovery if any is needed; (2) Mr. Lomax' continuing obligation to

make the required monthly payments pursuant to 28 U.S.C. § 1915 or to show cause each month why he has no assets and no means by which to make the monthly payment; and (3) Mr. Lomax' failure to identify the "three (3) Unknown name" Defendants.

      4.     Mr. Lomax is warned that failure to appear at the preliminary Scheduling Conference set on March 6, 2007 at 8:30 a.m. may result in a Recommendation that this civil action be dismissed.

DATED at Denver, Colorado, this 6th day of February, 2007.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge