IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01016-EWN-CBS

ARTHUR JAMES LOMAX,

    Plaintiff,

v.

SGT. PENSON, and
THREE (3) UNKNOWN NAME,

    Defendants.

## FOURTH ORDER RESETTING PRELIMINARY SCHEDULING CONFERENCE

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's Letter" (filed March 14, 2007) (doc. # 57). Plaintiff indicates that he does not wish to settle this matter as discussed during the hearing held on March 6, 2007. The court having reviewed the Letter and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    A **preliminary Scheduling Conference has been set for Thursday April 19, 2007 at 10:45 a.m.** Mr. Lomax and/or his case manager shall arrange for his participation via telephone and shall call (303) 8442117 at the scheduled time.

    2.    The Clerk of the Court shall mail a copy of this Order to Ms. Suzi Rocchio at Fremont Correctional Facility, P.O. Box 999, Canon City, Colorado 81215. Ms. Rocchio need not be added as an interested party.

       3.       At the preliminary Scheduling Conference set April 19, 2007 at 10:45 a.m., the court will address, among other things: (1) the nature and status of the case, filing of any motions, and what discovery if any is needed; (2) Mr. Lomax' continuing obligation to make the required monthly payments pursuant to 28 U.S.C. § 1915 or to show cause each month why he has no assets and no means by which to make the monthly payment; and (3) Mr. Lomax' failure to identify the "three (3) Unknown name" Defendants.

       4.       Mr. Lomax is warned that failure to appear at the preliminary Scheduling Conference set on April 19, 2007 at 10:45 a.m. may result in a Recommendation that this civil action be dismissed.

DATED at Denver, Colorado, this 21st day of March, 2007.

                                  BY THE COURT:

                                  *s/Craig B. Shaffer*
                                  Craig B. Shaffer
                                  United States Magistrate Judge