IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                                    Date: November 2, 2007
Therese Lindblom, Court Reporter

Civil Action No. 06–cv–01016–EWN–CBS


*Parties:*                                                    *Counsel:*

ARTHUR JAMES LOMAX,                                           *Pro Se*

     Plaintiff,

v.

SGT. PENSON, and three (3)                                    Thomas Bigler
UNKNOWN NAME,
UNKNOWN NAME,
UNKNOWN NAME,

     Defendants.

---

## COURTROOM MINUTES

---

**Trial Preparation Conference**

**2:23 p.m.**       Court in session.

Discussion regarding Plaintiff Lomax's clothing for the trial.  If Plaintiff is unable to procure appropriate street clothes, he may appear in detention facility jumpsuit.

Plaintiff Lomax tenders newspaper articles he proposes to use as exhibits at trial.  Mr. Bigler looks at the articles.

Court directs clerk to mark the exhibits.  Clerk marks Plaintiff's Exhibits 1, 2, and 3.

Plaintiff Lomax states for the record that he has twice requested legal assistance for this case.

*Courtroom Minutes*
*06-cv-01016-EWN-CBS*
*Chief Judge Edward W. Nottingham*
*Page 2 of 2*

Court's findings.

**ORDERED:   1.   Plaintiff's oral request for counsel is DENIED.**

Court directs clerk to copy Plaintiff's medical records tendered and furnish a copy to Mr. Bigler.

Discussion regarding Plaintiff's witnesses.

Discussion regarding Defendant's witnesses.

**ORDERED:   2.   The Defendant's Motion in Limine Re: Newspaper Article (#91, filed October 26, 2007) is GRANTED.**

**2:55 p.m.**   Court in recess.

Hearing concluded.

Total time in court:  00:32