IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Case No. 06-cv-01016-EWN-CBS

ARTHUR JAMES LOMAX,

    Plaintiff,

v.

SGT. PENSON,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED this 6th day of November, 2007.

BY THE COURT:

_____
Edward W. Nottingham, Chief Judge

_____    _____
Plaintiff, *Pro Se*    Counsel for Defendant